# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON ANTHONY ORGERON

NO. 2020 KW 0690

**NOVEMBER 09, 2020**

---

In Re:   Jason Anthony Orgeron, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 571,157.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**   The record of the Clerk of Court of Lafourche Parish reflects the district court denied relator's "Motion to Appeal and Motion to Appoint Counsel" on October 20, 2020, and granted in part and denied in part relator's "Motion to Produce Documents" on October 20, 2020.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT